UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>v.<br><br>RAFAEL GONZALEZ, et al.<br><br>          Defendants. | Case No. CR 10 00567<br><br>NOTICE TO COURT<br>OF RELATED CRIMINAL CASE<br><br>(PURSUANT TO<br>GENERAL ORDER 224)<br><br>JUN - 2 2010 |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Rafael Gonzalez, et al.</u>, which

___ was previously assigned to the Honorable_____;

_X_ has not been previously assigned.

The above-entitled cases may be related to the case of <u>United States v. Mills</u>, 02-938-DOC, because it involves the prosecution of defendant Rafael Gonzalez-Munoz, Jr., who was convicted and sentenced in the <u>Mills</u> case. Defendant Gonzalez-Munoz is accused in this case of racketeering offenses, the facts underlying the enterprise for which were set out in the <u>Mills</u> case. Additionally, defendant Gonzalez-Munoz is accused here of committing crimes while on supervised release in the <u>Mills</u> case.

DATED: 6/1/10

CHRISTOPHER K. PELHAM
Assistant United States Attorney

(NOTICE.FRM - 6/98)