ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
CHRISTOPHER K. PELHAM (Cal. State Bar No.: 241068)
Assistant United States Attorney
Organized Crime
Drug Enforcement Task Force Section
        1400 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-0610
        Facsimile: (213) 894-0142
        E-mail: christopher.pelham@usdoj.gov


Attorneys for Plaintiff
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

              FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR No. 10-567-MMM |
|---|---|---|
| Plaintiff, | ) | **GOVERNMENT'S OPPOSITION TO** |
| | ) | **DEFENDANT MUNOZ-GONZALEZ'** |
| v. | ) | **MOTION FOR TRANSFER TO** |
| | ) | **METROPOLITAN DETENTION CENTER;** |
| RAFAEL MUNOZ-GONZALEZ, | ) | **DECLARATION OF CHRISTOPHER** |
| | ) | **PELHAM; EXHIBITS** |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

        Plaintiff United States of America, by and through its
counsel of record, Assistant United States Attorney Christopher
K. Pelham, hereby files this opposition to defendant RAFAEL
MUNOZ-GONZALEZ' ("defendant") motion for relocation of pretrial
detention to the Los Angeles Metropolitan Detention Center
("MDC").

1    At a status conference on June 21, 2010, defendant orally

2    moved for an order or recommendation transferring him to MDC for

3    his period of pretrial custody.  The government opposed the

4    motion, and asked for leave to prepare the instant filing.  For

5    the reasons set forth in the below-referenced items, the

6    government asks that defendant remain in pretrial custody at the

7    San Bernardino County Jail.

8        The government bases this opposition on the attached

9    declaration of AUSA Christopher K. Pelham; on a separate, *in*

10   *camera* filing; as well as on the files and records of this case.

11   The government respectfully asks for leave to amend this filing

12   with additional testimony, exhibits, and/or information should

13   the Court require such before a decision on this matter.

14

15   Respectfully submitted,

16

17                              ANDRÉ BIROTTE JR.
                                United States Attorney

18                              CHRISTINE C. EWELL
                                Assistant United States Attorney
19                              Chief, Criminal Division

20                                   /s/
     DATED:                     _____
21        June 25, 2010         CHRISTOPHER K. PELHAM
                                Assistant United States Attorney
22                              Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

23

24

25

26

27

28

                                  2

## DECLARATION OF CHRISTOPHER K. PELHAM

1.    I am an Assistant United States Attorney in the Central District of California, and the prosecutor of record for the case of United States v. Rafael Munoz-Gonzalez, et al., CR 10-567-MMM. I am familiar with the facts and records of this case, and have worked extensively with the case agent in the underlying investigation.

2.    For the below-stated reasons, I respectfully submit that security and safety considerations presently outweigh any prejudice that defendant Rafael Munoz-Gonzalez ("defendant") may experience as a result of his present pretrial detention at the high security section of the San Bernardino County Jail ("SBCJ"). I respectfully submit that because it appears that SBCJ is able to accommodate defendant's discovery and trial-preparation rights, an order or recommendation of custodial transfer is not warranted at this time.

3.    On June 22, 2010, I spoke with Deputy United States Marshal Tyrone Kilpatrick about defendant's pretrial custody. Deputy Kilpatrick confirmed to me that because of the seriousness of the present allegations against defendant, as well as his known criminal history, the Bureau of Prisons ("BOP") was unable to accommodate defendant at MDC.

4.    Defendant pleaded guilty and was convicted in United States v. Barry Byron Mills, et al., CR 02-938-RGK. Defendant pleaded guilty to a Third Superseding Information charging him with violent conduct in aid of racketeering offenses, based on his participation in a prison assault. BOP is aware of this conviction and its factual basis.

1        5.   DEA Special Agent Melissa Schneider, the case agent for

2    this investigation, confirmed to me that the BOP has identified

3    defendant as a member of the Mexican Mafia, a notorious and

4    violent prison gang.  Physical evidence of this membership is

5    confirmed, in part, by a large black hand tattoo on defendant's

6    neck, which prison and law enforcement officials recognize as a

7    symbol of membership in that organization.  The government has

8    also alleged this membership in the underlying indictment.

9        6.   On June 22, 2010, I spoke with Deputy Marshal Larry

10   Rosa, who acts as the liaison between the U.S. Marshals Service

11   and the SBCJ.  Deputy Rosa described to me the discovery and

12   attorney conference procedures in place at SBCJ, and adopted as

13   contemporaneous facts the June 9, 2010 minute order of Judge

14   Jacqueline H. Nguyen in United States v. Armando Barajas, et al.,

15   CR 10-351-JHN (minute order attached as Exhibit A hereto).

16   Deputy Rosa explained that the June 9 minute order was issued by

17   Judge Nguyen after consultation with him.

18       7.   Deputy Rosa explained that the accommodations set forth

19   in the June 9 minute order apply to both general population and

20   high security inmates at SBCJ.  He also explained that when

21   inmates at SBCJ exceed the 1,000 page-limit on document

22   retention, they can use a prison FedEx account to send materials

23   back to counsel.

24       8.   Deputy Rosa emphasized that defense counsel may bring

25   laptops to SBCJ to review materials with their clients.  He noted

26   that the only restriction on laptop access was that counsel are

27   not permitted to access broadband or wireless internet services

28   while at SBCJ.

9.    Deputy Rosa stated that attorney conference rooms at SBCJ allow privacy, with attorney and client being able to meet through a metal-meshed screen in a cubicle.  He noted that attorneys can pass small materials through a slot in the screen, although he added that the facility's preference is that attorneys mail items to their clients.

10.   Unlike MDC, inmates at SBCJ may not review electronic material at a law library.  As enumerated above, however, Deputy Rosa explained that attorneys may review electronic materials with their clients in visiting facilities, and inmates may carry up to 1,000 pages of printed discovery in their own units.

11.   Deputy Rosa also indicated that counsel should contact him immediately with any questions or concerns; his phone number is (909) 386-0935 and his email address is cdc-marshal3@sbcsd.org.


Sworn to this 25th Day of June, 2010 at Los Angeles, CA.


                                    CHRISTOPHER PELHAM
                                    Assistant U.S. Attorney